# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADEN RUSFELDT, : | |
|         Plaintiff, : | |
| : | |
| v. : | Civil No. 5:23-cv-01523-JMG |
| : | |
| CITY OF READING, *et al.*, : | |
|         Defendants. : | |

## ORDER

**AND NOW**, this 10th day of June 2024, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 34), Defendants' Statement of Undisputed Material Facts (ECF No. 35), Plaintiff's Statement of Disputed Facts and Supplemental Facts (ECF No. 45), Plaintiff's Response in Opposition (ECF No. 46), Defendants' Motion to Strike Response in Opposition to Motion (ECF No. 54), Defendants' Response to Plaintiff's Statement of Supplemental Facts (ECF No. 55), and Plaintiff's Response in Opposition to Motion to Strike (ECF No. 56) **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (ECF No. 34) is **GRANTED.**

2. The Clerk of Court is **DIRECTED** to mark this case **CLOSED.**[1]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] The Court acknowledges Plaintiff's Motion for Relief (ECF No. 38) is still ripe before the Court. The Motion is filed jointly between the above captioned matter and 23-cv-02732. Because the pertinent protective order is filed in 23-cv-02732, the Court will address it on that docket.